The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

KEITH WITT,

       Defendant.

No. CR25-046 RSM

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE

The Court has considered the motion to continue the trial date and pretrial motions due date filed by defendant, Keith Witt, which the government does not oppose, and has reviewed the facts described in said motion, which the Court finds sufficient to support the following conclusions:

1)     a failure to grant the continuance would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2)     a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

3)     the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, given the need

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

for proper investigation, preparation and developing the necessary defenses, as set forth in 18 U.S.C. § 3161(h)(7)(A).

4)      the requested trial date of October 20, 2025, is reasonable and would provide counsel the opportunity to necessarily prepare for trial; and

5)      the period of delay from the date of this motion to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 20, 2025, and that pretrial motions shall be filed no later than September 5, 2025.

DONE this 25th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE (*Keith Witt*; CR25-046 RSM) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401